UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
ANTWI SAMUEL                                              (AKH)07CV5399

                          Plaintiffs,

    -against-

ALAN KASMAN DBA KASCO,
AMERICAN EXPRESS BANK LTD,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC.,
BATTERY PARK CITY AUTHORITY,
BFP TOWER C CO LLC,
BFP TOWER C MM LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LEHMAN BROTHERS HOLDING INC.,
LEHMAN BROTHERS INC.,
LEHMAN COMMERCIAL PAPER INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO., INC.
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
TRAMMEL CROW COMPANY,
TRAMMEL CROW CORPORATE SERVICES INC.,
TUCKER ANTHONY INC.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO LP,
WFP RETAIL GP CORP.,
WFP TOWER A CO
WFP TOWER A CO GP CORP,

WFP TOWER A CO LP
WFP TOWER D CO. GP CORP.,
WFP TOWER D HOLDING CO., I LP.,
WFP TOWER D HOLDING CO II LP
WFP TOWER D HOLDING I GP CORP
WFP TOWER D CO., LP,

                              Defendants.

-----------------------------------------------------------------------x

# DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                              Yours, etc.
                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              BY: _____
                                   Heather L. Smar (4622)