UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER              :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION          :
                                                                 :
-----------------------------------------------------------------X
ANTWI SAMUEL,                                            :   07-CV-5399-AKH
                                                                 :
                              Plaintiff,                    :
                                                                 :   **APPEARANCE**
       - against -                                         :
                                                                 :
ALAN KASMAN DBA KASCO, *et al.*,            :
                                                                 :   **ELECTRONICALLY FILED**
                              Defendants.                :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                    By:    ___/s/ Judith R. Cohen___
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501
                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.

DOCSNY-271726v01